Commonwealth *v.* Pine, Appellant.

Before KEIM, J.,

724

specially presiding, without a jury.

Submitted December 9, 1968. *Peter Levin* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Joseph J. Musto* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.